IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-HC-02160-BO

| | | |
|---|---|---|
| GERALD WAYNE TIMMS, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | OR IN THE ALTERNATIVE FOR |
| | ) | SUMMARY JUDGMENT |
| TRACY JOHNS, Warden | ) | |
| | ) | |
|     Respondent. | ) | |

The Respondent by and through the United States Attorney for the Eastern District of North Carolina, hereby submits this Motion to Dismiss or in the alternative for Summary Judgment pursuant to Fed.R.Civ.P. 12(b)(1) & (6). A Memorandum of Law is provided in support of this motion.

Respectfully submitted, this 25th day of January, 2010.

    George E. B. Holding
    United States Attorney

    BY: /s/ Michael Bredenberg
    Michael Bredenberg
    Special Assistant U.S. Attorney
    Attorney for Respondent
    U.S. Attorney's Office Civil Division
    310 New Bern Avenue
    Suite 800, Federal Building
    Raleigh, NC 27601-1461
    Telephone: (919) 575-3900 x 6078
              (919) 856-4309
    FAX: (919) 856-4821
    E-mail: michael.bredenberg@usdoj.gov
    N.C. Bar # 26068

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon Petitioner's counsel of record by electronically filing the foregoing with the Court on January 25, 2010, using the CM/ECF system.

                            BY: /s/ Michael Bredenberg
                                  Michael Bredenberg
                                  Special Assistant U.S. Attorney
                                  Attorney for Respondent
                                  Civil Division
                                  310 New Bern Avenue
                                  Suite 800, Federal Building
                                  Raleigh, NC  27601-1461
                                  Telephone:  (919) 575-3900 x 6078
                                  FAX:  (919) 856-4821
                                  E-Mail: michael.bredenberg@usdoj.gov
                                  N.C. Bar # 26068