IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Case No: 5:08-hc-02160-BO

| | |
|---|---|
| GERALD WAYNE TIMMS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TRACY JOHNS, Warden, FCI Butner, )<br>)<br>Respondent. )<br>)<br>)<br>)<br>) | **MOTION FOR INJUNCTIVE RELIEF** |

NOW COMES Petitioner, Gerald Wayne Timms (hereinafter "Mr. Timms," "Gerald Timms," or "Petitioner"), by his undersigned counsel, and moves for injunctive relief from this Court ordering Respondent to remove Mr. Timms from solitary confinement. A memorandum supporting Mr. Timms' motion is being filed contemporaneously herewith.

Respectfully submitted this the 23rd day of March, 2010.

/s/ Kearns Davis
Kearns Davis
N.C. State Bar No. 22014

/s/ Andrew T. Tripp
Andrew T. Tripp
N.C. State Bar No. 34254
BROOKS, PIERCE, McLENDON,
  HUMPHREY & LEONARD, L.L.P.
P.O. Box 1800
Raleigh, NC 27602
Telephone: (919) 839-0300
Fax:        (919) 839-0304
kdavis@brookspierce.com
atripp@brookspierce.com
*Attorneys for Petitioner*

# CERTIFICATE OF SERVICE AND FILING

The undersigned hereby certifies that the foregoing MOTION FOR INJUNCTIVE RELIEF was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Michael Bredenburg
Special Assistant U.S. Attorney
Edward D. Gray
Assistant United States Attorney
U. S. Attorney's Office Civil Division
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
michael.bredenburg@usdoj.gov
edward.gray@usdoj.gov

This the 23rd day of March, 2010.

                /s/ Andrew T. Tripp
                Andrew T. Tripp