GERALD WAYNE TIMMS
        Petitioner
   v.                                  **Judgment in a Civil Case**
TRACY JOHNS
        Respondent               Case Number: 5:08-HC-2160-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the petition for writ of habeas corpus.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on February 4, 2011, with service on:</u>
Kearns Davis (via CM/ECF Notice of Electronic Filing)
Andrew Tripp (via CM/ECF Notice of Electronic Filing)
John A. Duberstein (via CM/ECF Notice of Electronic Filing)
Edward D. Gray (via CM/ECF Notice of Electronic Filing)
Michael D. Bredenberg (via CM/ECF Notice of Electronic Filing)
R.A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)

February 4, 2011                                                   /s/ Dennis P. Iavarone
                                                                                   Clerk

Raleigh, North Carolina